**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES P. ROCCHIO,**

     **Plaintiff,**

**v.**                                            **Case No:  8:06-cv-1899-T-30TBM**

**LINDA S. McMAHON,[1]**
**Acting Commissioner of the United**
**States Social Security Administration,**

     **Defendant.**
                                        /

## O R D E R

THIS MATTER is before the court *sua sponte*. On October 17, 2006, the court denied Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 2) and directed him to pay the filing fee to the Clerk within twenty days. <u>See</u> (Doc. 4). A review of the docket to date reveals that Plaintiff has not paid the applicable filing fee.

Accordingly, it is ORDERED that Plaintiff pay the $350 filing fee within <u>ten (10)</u> days from the date of this Order or show cause why this action should not be dismissed.

**Done and Ordered** at Tampa, Florida this 1st day of February 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

_____

[1]Linda S. McMahon became Acting Commissioner of Social Security on January 22, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this suit.