UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES P. ROCCHIO,**

      Plaintiff(s),

v.                                             CASE NO: 8:06-CV-1899-T-30TBM

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant(s).
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order (Dkt. #5) directing the Plaintiff to pay the required $350 filing fee was entered on February 1, 2007. Plaintiff was ordered to pay the filing fee within ten (10) days of the date of the Order. Plaintiff has failed to do so. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on February 28, 2007.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-1899.dismissal no fee.wpd*